```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/9/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL CONVENTION SERVICES, L.L.C.
ET AL,

                Plaintiffs,      15-cv-07063 (JGK)

    - against -                 ORDER

APPLIED UNDERWRITERS CAPTIVE RISK
ASSURANCE COMPANY, INC. ET AL,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Federal Rule of Civil Procedure 26(f) discovery plan to the Court by **March 20, 2017**.

SO ORDERED.

Dated:    New York, New York
           March 9, 2017

                                        John G. Koeltl
                                  United States District Judge

1